UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

KEVIN WILSON                                                                                            PLAINTIFF

v.                                         CIVIL ACTION NO. 1:12-CV-P44-M

CAMPBELLSVILLE POLICE DEP'T *et al.*                         DEFENDANTS

### MEMORANDUM AND ORDER

Presently before the Court are Plaintiff's motion for judgment to settle out of court (DN 25) and a letter he sent to the Clerk directing where to deposit his settlement money (DN 26). In his motion, Plaintiff asks the Court to enter judgment against Defendants. He states that even though he sought relief of $5,000,000.00 in his complaint, he will settle this case for $180,000.00. In his letter he requests that, should he prevail in this case, the Clerk place the $180,000.00 in his inmate trust account.

Because Plaintiff is a prisoner seeking relief from governmental officers and is also proceeding *in forma pauperis*, the Court must screen the complaint and dismiss the complaint or any portion thereof if it is frivolous, malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. §§ 1915(e), 1915A. This screening must occur even before process is served on Defendants. *McGore v. Wrigglesworth*, 114 F.3d 601, 608-09 (6th Cir. 1997).

The Court has not performed its initial review of this case and Defendants have never been served. Thus, Plaintiff's motion asking the Court to enter judgment in his favor is premature.

**THEREFORE, IT IS ORDERED** that the motion for judgment to settle out of court (DN 25) is **DENIED**.

In response to Plaintiff's letter requesting his settlement money to be placed in his inmate trust account (DN 25), the Court notes that since it is denying the motion for judgment there is no need for the Clerk to be concerned about the location of depositing funds. Further, if Plaintiff desires to pursue settlement of this case, the proper avenue to do so is through contacting Defendants or, if Defendants are represented by counsel, Defendants' attorney.

Date: June 15, 2012

Joseph H. McKinley, Jr., Chief Judge
United States District Court

cc: Plaintiff, *pro se*
4414.003